AMEREX HOLDING CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 23.

Circuit Court of Appeals, Second Circuit.

March 3, 1941.

Joseph B. Lynch, of New York City (David H. Houghtaling, of New York City, of counsel), for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Warren F. Wattles, Sp. Assts. to the Atty. Gen., for respondent.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Although the tax involved is large, this appeal raises only disputed questions of fact as to which the Board's findings are amply supported by the record. Decision affirmed.

Howell VAN AUKEN, Adm'r with Will Annexed of the Estate of Lila Eddy Doebler, deceased, and Cynthia Mills Cleveland, Appellants, v. SECOND NATIONAL BANK & TRUST COMPANY, OF SAGINAW, MICH., as Trustee, etc., C. K. Eddy & Sons, a corporation, Charlotte D. Morgan, R. Perry Shorts, George B. Morley and His Executors, and Mercantile Trust Company of Baltimore, Maryland, Appellees.

No. 8366.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1941.

Lucking, Van Auken & Sprague, of Detroit, Mich., for appellants.

William C. O'Keefe and Frank A. Rockwith, both of Saginaw, Mich., and Miller, Canfield, Paddock & Stone, of Detroit, Mich., for appellees.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

Upon full consideration of the briefs, oral argument and record in this cause, the court is of the opinion that the findings of fact of the District Court filed herein, upon which appropriate final judgment was duly entered, are supported by substantial evidence, and that no reversible error was committed by the District Judge in the proceedings below.

Accordingly, the final judgment of the District Court in all particulars is affirmed.

Ed BLIEDEN, Trustee in Bankruptcy of the Consolidated Morgan Bankruptcy Estates, Appellant, v. J. Clyde LEWIS, Trustee in Bankruptcy of the Estate of Morgan Utilities, Inc., Bankrupt.

No. 11925.

Circuit Court of Appeals, Eighth Circuit.

Feb. 25, 1941.

D. D. Panich, of Little Rock, Ark., and Arthur L. Adams, of Jonesboro, Ark., for appellant.

A. L. Barber, of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, pursuant to stipulation.